**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Ashley Outing, Appellant,

v.

Velmetria Chante Weeks, Respondent.

Appellate Case No. 2013-001300

———————

Appeal From Marion County
D. Craig Brown, Circuit Court Judge

———————

Unpublished Opinion No. 2015-UP-155
Submitted January 1, 2015 – Filed March 18, 2015

———————

**AFFIRMED**

———————

Everett H. Garner, of Holler, Garner, Corbett, Ormond, Plante & Dunn, of Columbia, for Appellant.

J. David Banner, of Aiken Bridges Elliott Tyler & Saleeby, P.A., of Florence, for Respondent.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *A & I, Inc. v. Gore*, 366 S.C. 233, 239, 621 S.E.2d 383, 386 (Ct. App. 2005) ("Where the circuit court has affirmed the magistrate court decision, this court looks to whether the circuit court order is controlled by an error of law or is

unsupported by the facts." (internal quotation marks omitted)); *Price v. Pickens Cnty.*, 308 S.C. 64, 67, 416 S.E.2d 666, 668 (Ct. App. 1992) ("The burden is on the appellant to provide a sufficient record such that this court can make an intelligent review."); *Windham v. Honeycutt*, 290 S.C. 60, 64, 348 S.E.2d 185, 187 (Ct. App. 1986) ("This court will not consider facts that do not appear in the transcript of record.").

**AFFIRMED.**[1]

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.